IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lewis, Jesse Lee

Printed: 12/13/07

Case Number: 07 B 09125
Judge: Squires, John H
Filed: 5/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 31, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,778.17 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,682.15 |
| Trustee Fee: |  | 96.02 |
| Other Funds: |  | 0.00 |
| Totals: | 1,778.17 | 1,778.17 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bizar & Doyle LLC | Administrative | 2,050.00 | 1,682.15 |
| 2. | Capital One | Unsecured | 2,375.19 | 0.00 |
| 3. | Portfolio Recovery Associates | Unsecured | 815.11 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 897.69 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 334.51 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 2,045.17 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 3,419.18 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 3,457.42 | 0.00 |
| 9. | Capital One | Unsecured | 162.61 | 0.00 |
| 10. | Internal Revenue Service | Priority |  | No Claim Filed |
| 11. | Resurrection Health Care | Unsecured |  | No Claim Filed |
| 12. | Blitt & Gaines | Unsecured |  | No Claim Filed |
| 13. | ACL Inc | Unsecured |  | No Claim Filed |
| 14. | Gerald E Moore & Asscoiates, PC | Unsecured |  | No Claim Filed |
| 15. | Miracle Builders | Unsecured |  | No Claim Filed |
| 16. | Blitt & Gaines | Unsecured |  | No Claim Filed |
| 17. | Northland Group Inc | Unsecured |  | No Claim Filed |
| 18. | RGS Collections Inc | Unsecured |  | No Claim Filed |
| 19. | Village Radiology, Ltd. | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,556.88 | $ 1,682.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 96.02 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis, Jesse Lee

Printed: 12/13/07

Case Number: 07 B 09125
Judge: Squires, John H
Filed: 5/18/07

_____
$ 96.02

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

